UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **FILED UNDER SEAL** |
| | : | |
| | : | Case No. 3:18MJ 192 (CSH) |
| v. | : | |
| | : | February 13, 2018 |
| DARRIN LAMORE | : | |

**MOTION TO SEAL**

For the reasons set forth in the Affidavit in support of the Criminal Complaint, the Government respectfully requests the Court to seal this matter to prevent public disclosure of the information contained in the criminal complaint, supporting affidavit, and arrest warrant, until such time as the Court shall determine.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

LIAM B. BRENNAN
ASSISTANT U.S. ATTORNEY
Federal Bar No. Ct27924
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT 06510
Tel.: (203) 821-3700
Fax: (203) 773-5376

