UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:18MJ192(CSH) |
| DARRIN LAMORE | : | February 21, 2018 |

<u>MOTION TO WITHDRAW APPEARANCE AND TO APPOINT NEW COUNSEL</u>

Counsel undersigned moves to withdraw his appearance for the Defendant, Darrin Lamore, due to a conflict of interest, and requests that the Court appoint new counsel to represent Mr. Lamore. In support of the motion, counsel states:

1. From in or around October 2017, Mr. Lamore was the target of a federal criminal investigation, in which he retained Todd Bussert, Esq. Throughout the investigation, Attorney Bussert represented Mr. Lamore until he was informed Mr. Lamore no longer had the financial means to retain him.

2. On February 16, 2018, Mr. Lamore was arrested pursuant to a warrant and complaint that charged him with violating 18 U.S.C. § 666(b). He was presented before the Honorable Magistrate Judge Joan G. Margolis, who appointed the Office of the Federal Defender to represent him.

3. The Office of the Federal Defender has discovered a conflict of interest that precludes the undersigned from representing Mr. Lamore, and requires the appointment of new CJA counsel to provide the Defendant with conflict-free representation. The conflict was only recently discovered and this motion is being filed as soon as practicable following discovery of the conflict.

4. The Defendant qualifies for the appointment of counsel as he is indigent.

5. Of note, Attorney Bussert is a member of the CJA Panel. Both he and government counsel have been consulted and do not oppose Attorney Bussert's appointment, which may allow for effective judicial economy.

6. A copy of this motion has been provided to Mr. Lamore via certified mail.

WHEREFORE, undersigned counsel moves to withdraw and to terminate the appointment of the Office of the Federal Defender as counsel for Darrin Lamore and moves the Court to appoint new counsel to represent Mr. Lamore.

                                       THE DEFENDANT,
                                       Darrin Lamore

Dated: February 21, 2018           /s/ Tracy Hayes
                                       Tracy Hayes
                                       Assistant Federal Defender
                                       265 Church Street, Suite 702
                                       New Haven, CT 06510
                                       Phone: (203) 498-4200
                                       Bar no.: phv06527
                                       Email: tracy_hayes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2018, a copy of the foregoing Motion to Withdraw Appearance and to Appoint New Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. A copy of this motion was sent via Certified Mail to Darrin Lamore, 3 Conlin Drive, Enfield, Connecticut. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                           /s Tracy Hayes
                                                           Tracy Hayes